HEMPSTEAD THEATRE CORPORATION et al., v. METROPOLITAN PLAYHOUSES, INC., et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Bastow and Bergan, JJ. [See *ante,* p. 922.]

■

CAROL LORD v. DUNHAM SHIPYARD & SALES CO., INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See *ante,* p. 786.]

■

HARRY D. KOSTER, Respondent, v. BANCO MINERO DE BOLIVIA and REPUBLIC OF BOLIVIA, Appearing Specially, Appellants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See *ante,* p. 927.]

■

TERMINAL MUSICAL SUPPLY, INC., v. MUSICAL INSTRUMENTS EXCHANGE, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Bergan, JJ. [See *ante,* p. 869.]

■

VICTOR H. GRAYMOUNT v. ELSE F. SCHLEMMER et al.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ. [See *ante,* p. 859.]

■

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. TAILORED WOMAN, INC.— Motion for reargument denied. Motion for resettlement granted. Submit order. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See *ante,* p. 173.]

■

In the Matter of the Accounting of JULIA JEDVABNIKS et al., as Administrators of the Estate of ABRAMS JEDVABNIKS, Deceased, Respondents. FRANCES GRUNER, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See *ante,* p. 917.]

■

DOUGLAS RIPLEY et al. v. DOUGLAS F. STORER et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs and stay vacated. Present — Peck, P. J., Cohn, Callahan, Bastow and Bergan, JJ. [See *ante,* p. 923.]

■

In the Matter of DORISLEE CARR, on Behalf of SUSAN CARR, an Infant, v. LEWIS B. CARR.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See *ante,* p. 859.]

■

In the Matter of TARRY TAVERN, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Motion for leave to reargue the proceedings herein denied, with $10 costs. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See *ante,* p. 865.]